IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 0:08-948-JFA |
|---|---|---|
| v. | ) | ORDER |
| JANICE MARIE CARLISLE | ) | |

The defendant has moved for early termination of her supervised release. After consulting with the United States Probation Office, the court is constrained to deny the motion at this time. The record reveals that the defendant was unemployed and made no payment toward her restitution during the initial six months of supervision. After being confronted with this fact, the defendant began making regular payments as of May 2011. Although she has not missed a monthly payment since that time, and although she is now gainfully employed, it appears to the court that early termination of supervised release might impair the defendant's willingness to make full restitution. According, the defendant's motion (ECF 62) is denied at this time.

Once the restitution balance falls below $1,000 and the defendant has completed two-thirds of her supervised release term, the court will consider early termination at that time.

IT IS SO ORDERED.

March 12, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge